■ In the Matter of LESTER I. CRANDALL, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York

State Department of Correctional Services, et al., Respondents. [632 NYS2d 1008] —Proceeding unanimously dismissed without costs as moot *(see, Matter of Rampino v Irvin,* 207 AD2d 1025). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Grow, J.) Present—Lawton, J. P., Fallon, Callahan, Davis and Boehm, JJ.